**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ | |
| CHESTER R. FLAGG, JR., ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | |
|           Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 06-40222-FDS |
| ) | |
| ) | |
| ) | |
| LELAND SCOTT & ASSOCIATES, INC., ) | |
|           Defendant ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Chester R. Flagg, Jr., plaintiff, hereby dismisses this action with prejudice.

Respectfully submitted,

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
Email: ken@quatlaw.com